**Order entered April 23, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00280-CR

### EX PARTE CHRISTOPHER RION

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. WX18-90101-L**

## ORDER

Before the Court is appellant's April 11, 2019 motion to abate the appeal to allow the trial court to file requested findings of fact and conclusions of law. We **GRANT** the motion and **ORDER** the trial court to file, within **THIRTY DAYS** of the date of this order, findings of fact and conclusions of law regarding appellant's pretrial application for writ of habeas corpus.

The appeal will be reinstated upon the filing of the trial court's findings of fact and conclusions of law or at such other time as the Court deems appropriate.

/s/　　LANA MYERS
　　　　JUSTICE